# UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ANAMELIA WRIGHT** )<br>)<br>*Plaintiff* )<br>)<br>v. )  Civil Action No. 3:25-CV-01555-SVN<br>)<br>)<br>**POST UNIVERSITY, INC.** )<br>)<br>*Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Mark Ciarciello, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to POST UNIVERSITY INC in Lower Connecticut River Valley Planning Region, CT on September 22, 2025 at 10:53 am at 29 W High St, East Hampton, CT 06424-1024 by leaving the following documents with Michele Komoroski who as PARALEGAL at Kenneth Barber and Associates is authorized by appointment or by law to receive service of process for POST UNIVERSITY INC.

Summons, Complaint, Civil Cover Sheet

White Female, est. age 45-54, glasses: N, Black hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=41.5806116667,-72.508325
Photograph: See Exhibit 1


Total Cost: $120.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Lower Connecticut River Valley Planning Region

   CT   on   9/23/2025   .

/s/ *Mark Ciarciello*
_____
Signature
Mark Ciarciello
+1 (203) 738-9613



Exhibit 1a)