# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ANAMELIA WRIGHT, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs**<br><br>v.<br><br>**POST UNIVERSITY, INC.**<br><br>**Defendant.** | Case No. **3:25-CV-01555-SVN**<br><br>Jury Trial Demanded |

## POST UNIVERSITY, INC.'S NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record,

   I, Michael S. Cryan, am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Post University, Inc.


October 14, 2025                              Respectfully Submitted,

                              */s/ Michael S. Cryan*
                              Michael S. Cryan (Federal Bar No. ct17306)
                              michael.cryan@afslaw.com
                              **ArentFox Schiff LLP**
                              1301 Avenue of the Americas, Floor 42
                              New York, NY  10019
                              (212) 484-3900 (Telephone)
                              (212) 484-3990 (Fax)
                              *Counsel for Defendant,*
                              *Post University, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2025, the foregoing was filed electronically with the Clerk of Court to be served by Notice of Electronic Filing from the Court's electronic filing system upon the following:

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Phone: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

/s/ Michael S. Cryan
Michael S. Cryan