# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ANAMELIA WRIGHT, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs**<br><br>v.<br><br>**POST UNIVERSITY, INC.**<br><br>**Defendant.** | Case No. 3:25-CV-01555-SVN<br><br>Jury Trial Demanded |

## POST UNIVERSITY, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Defendant Post University Inc. states that it does not have a parent corporation, and no publicly held corporation owns more than 10% of its stock.

October 14, 2025

Respectfully Submitted,

*/s/ Michael S. Cryan*
Michael S. Cryan (Federal Bar No. ct17306)
michael.cryan@afslaw.com
**ArentFox Schiff LLP**
1301 Avenue of the Americas, Floor 42
New York, NY  10019
(212) 484-3900 (Telephone)
(212) 484-3990 (Fax)
*Counsel for Defendant,*
*Post University, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2025, the foregoing was filed electronically with the Clerk of Court to be served by Notice of Electronic Filing from the Court's electronic filing system upon the following:

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Phone: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

/s/ Michael S. Cryan
Michael S. Cryan