# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| **ANAMELIA WRIGHT,** on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**POST UNIVERSITY, INC.**<br><br>*Defendant.* | Civil Case No.: 25-cv-1555-SVN |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

DATED this 16th day of July, 2026.

*/s/ Anthony Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
*Counsel for Plaintiff*

/s/ Adam D. Bowser
Adam D. Bowser *
Andrea M. Gumushian*
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006
Tel.: (202) 857-6000
Fax: (202) 857-6395
andrea.gumushian@afslaw.com
*admitted *pro hac vice*

*Counsel for Defendant,*
*Post University, Inc.*